UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZION WILLIAMSON,<br><br>     Petitioner,<br><br>    v.<br><br>YOUDY SANON,<br><br>     Respondent. | Case No. _____<br><br>**<u>NOTICE OF PETITIONER<br>ZION WILLIAMSON'S MOTION TO<br>COMPEL COMPLIANCE WITH<br>SUBPOENAS</u>** |

   PLEASE TAKE NOTICE, that upon the annexed memorandum of law, declaration of Zachary A. Schreiber, Esq., dated August 11, 2021, and the exhibits annexed thereto, Petitioner Zion Williamson hereby moves before this court, at the courthouse located at 500 Pearl St, New York, NY 10007, for an Order:

  a.  Pursuant to Rule 45 of the Federal Rules of Civil Procedure compelling Defendant Youdy Sanon to produce the documents as required by the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, dated June 16, 2021;

  b.  Pursuant to Rule 45 of the Federal Rules of Civil Procedure compelling Mr. Sanon to appear for a deposition as required by the Subpoena to Testify at a Deposition in a Civil Action, dated June 16, 2021; and

  c.  For such other and further relief as the Court deems just and proper under the circumstances.

Dated: August 11, 2021                                CLARICK GUERON REISBAUM LLP

*/s/ Jeffrey S. Klein*
Jeffrey S. Klein
Nora Niedzielski-Eichner
220 Fifth Avenue, 14th Floor
New York, NY 10001
Telephone: (646) 398-5071
jklein@cgr-law.com

and

WEIL, GOTSHAL & MANGES LLP
Edward Soto
Zachary A. Schreiber
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8591
edward.soto@weil.com
zach.schreiber@weil.com

*Attorneys for Petitioner Zion Williamson*