UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZION WILLIAMSON,<br><br>    Petitioner,<br><br>  v.<br><br>YOUDY SANON,<br><br>    Respondent. | Case No. 1:21-mc-00670-PAE<br><br>**[PROPOSED] ORDER GRANTING MOTION TO COMPEL DISCOVERY** |

Upon consideration of Petitioner's Motion to Compel Compliance with Subpoenas, filed August 11, 2021, the accompanying memorandum of law, declaration, and exhibits in support thereof, as well as the Declaration of Service, filed August 13, 2021, and finding that Respondent was served with a copy of the Motion and the Court's Order at ECF 5, and that Respondent failed to respond to the Motion pursuant to the Court's Order at ECF 5,

**IT IS HEREBY ORDERED THAT:**

1. Petitioner's Motion to Compel Compliance with Subpoenas is GRANTED.

2. Respondent is ORDERED to produce all documents in response to the Document Subpoena on or before 10:00am on October 21, 2021, with all objections except privilege having been waived.

3. Respondent is ORDERED to sit for a deposition pursuant to the Deposition Subpoena on October 26, 2021 at 9:00am at the office of Petitioner's counsel.

4. Petitioner is ORDERED to serve a copy of this Order on Respondent via email and via FedEx overnight within one business day of the entry of this Order.

SO ORDERED this   15th   day of October, 2021.

*Paul A. Engelmayer*
_____
HONORABLE PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE