UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZION WILLIAMSON,

                                    Petitioner,                    21 Misc. 670 (PAE)

                    -v-                                            ORDER

YOUDY SANON,

                                    Respondent.

PAUL A. ENGELMAYER, District Judge:

On October 15, 2021, the Court granted petitioner's motion to compel respondent to

testify and produce certain documents. *See* Dkts. 1 (petition), 10 (order).  The Clerk of Court is

accordingly directed to close all pending motions and this case.

        SO ORDERED.

                                                _____
                                                PAUL A. ENGELMAYER
                                                United States District Judge

Dated: September 1, 2022
       New York, New York

1